**U.S. Department of Justice**

*Telephone 608/264-5158*
*TTY 608/264-5006*
*Civil Division Facsimile 608/264-5724*
*Main Facsimile 608/264-5172*
*Criminal Division Facsimile 608/264-5054*
*Administrative Facsimile 608/264-5183*

**United States Attorney's Office**
**Western District of Wisconsin**

---

*Address:*
Suite 303, City Station
660 West Washington Avenue
Madison, Wisconsin 53703

*Mailing Address:*
United States Attorney's Office
P.O. Box 1585
Madison, Wisconsin 53701-1585

October 1, 2010

The Honorable William M. Conley
United States District Court for the
 Western District of Wisconsin
120 North Henry Street - Room 320
Madison, Wisconsin  53701-4302

      RE:    *Hy Cite Corporation v. Regal Ware, Inc., et al.*
              Case Number 10-cv-168-wmc

Dear Judge Conley:

      The United States of America has intervened in this action pursuant to Rule 5.1 of the Federal Rules of Civil Procedure for the limited purpose of defending the constitutionality of the False Marking Statute, 35 U.S.C. § 292.

      This Court set a briefing schedule requiring the United States to file an opening brief by August 20, authorizing the parties to the action to file responsive briefs no later than September 20, and authorizing the United States to file a brief in reply by October 20.  Because Defendants have not opted to file a responsive brief, and because Plaintiff's responsive brief correctly notes that the Federal Circuit's recent decision in *Stauffer v. Brooks Brothers* is dispositive of Defendants' standing challenge, the United States believes that the constitutional challenge to Section 292 can be decided on the current record.  Therefore, the United States will not be filing a brief in reply.

      Thank you.

                                               Very truly yours,

                                               JOHN W. VAUDREUIL
                                               United States Attorney

                                               By: /s/ *Megan McDermott*

                                               MEGAN MCDERMOTT
                                             Assistant United States Attorney