

von Briesen & Roper, s.c. | Attorneys at Law

TAGLaw International Lawyers

Heidi L. Vogt
Direct Telephone
414-287-1258
hvogt@vonbriesen.com

November 12, 2010

Honorable William M. Conley
U.S. District Court Western District
120 N. Henry Street
PO Box 591
Madison, WI 53701-0591

Re: *Hy-Cite Corporation v. Regal Ware, Inc. and SaladMaster, Inc.*
Case No.: 10-CV-168

Dear Judge Conley:

On August 30, 2010, Sentry Insurance a Mutual Company ("Sentry") filed a Motion to Intervene in this action. Sentry's motion has gone unopposed. As a result, Sentry kindly asks the Court to consider entering an order granting Sentry's Motion to Intervene. Sentry will gladly prepare a proposed order at the Court's request.

In the event the Court enters an order granting Sentry's Motion to Intervene, Sentry respectfully requests that the enclosed Complaint for Declaratory Relief be filed and deemed served on the date the order is entered.

Thank you for the Court's consideration. Please feel free to contact me if you have any questions or concerns.

Very truly yours,

von BRIESEN & ROPER, s.c.

s/ Heidi L. Vogt

Heidi L. Vogt
HLV/ks
Enclosure
cc (w/ encl.):   John Scheller
                Amy O. Bruchs
                John A. Busch
                Matthew D. Brown
                Michelle L. Dama
                Charles H. Bohl
                Eugenia G. Carter
                Nathan A Fishbach
                William David Shenk
                Daniel R Johnson
                Megan McDermott

21935250_1.DOC