IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

HY CITE CORPORATION,

        Plaintiff,

        v.

REGAL WARE, INC. ,

        Defendant.

Case No. 10-CV-168

---

**PLAINTIFF HY CITE CORPORATION'S MOTION *IN LIMINE* NO. 1:**

**TO EXCLUDE THE TESTIMONY OF REGAL WARE'S EXPERT WITNESS JEFFREY J. CORDRAY**

---

Pursuant to Federal Rule of Evidence 702, Federal Rules of Civil Procedure 26 and 37 and the Preliminary Pretrial Conference Order, Hy Cite Corporation ("Hy Cite") hereby moves *in limine* for an order excluding the testimony of Jeffrey J. Cordray.  In support of this Motion, Hy Cite files herewith and incorporates herein: (1) Plaintiff Hy Cite Corporation's Memorandum in Support of Motion In Limine No. 1: To Exclude The Testimony Of Regal Ware's Expert Witness Jeffrey J. Cordray; and (2) the Declaration of John C. Scheller.

WHEREFORE, Plaintiff Hy Cite Corporation respectfully requests that this Court grant Motion *in limine* No. 1 and enter an Order:

    1.    Excluding the testimony of Jeffrey J. Cordray; and

    2.    Granting Hy Cite such further relief as this Court deems appropriate.

Dated this 27th day of May, 2011.

        **MICHAEL BEST & FRIEDRICH LLP**

By:   /s/ John C. Scheller
      John C. Scheller, SBN 1031247
      Amy O. Bruchs, SBN 1021530
      Michelle L. Dama, SBN 1041809
      One South Pinckney Street, Suite 700
      Madison, WI 53703
      Telephone: (608) 257-3501
      Fax: (608) 283-2275
      Email: jcscheller@michaelbest.com
             aobruchs@michaelbest.com
             mldama@michaelbest.com

John A. Busch, SBN 1016970
100 E. Wisconsin Avenue, Ste. 3300
Milwaukee, WI 53202
Telephone: (414) 225-4977
Fax: (414) 277-0656
jabusch@michaelbest.com

*Attorneys for Plaintiff Hy Cite Corporation*