IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

HY CITE CORPORATION,

        Plaintiff,

and

UNITED STATES OF AMERICA,

        Plaintiff-Intervenor,

v.

REGAL WARE, INC.,

        Defendant.

Case No. 10-cv-168-wmc

---

## PARTIAL JUDGMENT

---

This action came for consideration before the court, District Judge William M. Conley presiding. The Plaintiff-Intervenor and Defendant have now stipulated to entry of judgment as between themselves, but not as to the case as a whole. Accordingly,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff-intervenor the United States of America and against defendant Regal Ware, Inc. in the amount of $150,000.00. The parties shall bear their own costs and attorneys' fees.

APPROVED AS TO FORM this 3rd day of February, 2012.

_____
William M. Conley
District Judge

_____
Peter Oppeneer
Clerk of Court

Date: 2/3/2012