IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

SENTRY INSURANCE A MUTUAL COMPANY,

        Intervener Plaintiff,        Case No. 10-cv-168-wmc

v.

REGAL WARE, INC.,

        Defendant.

---

## JUDGMENT

---

    This action came for consideration before the court, District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing the complaint for restitution by intervener plaintiff Sentry Insurance A Mutual Company without prejudice for lack of jurisdiction.

By: *[signature]*, Deputy Clerk
Peter Oppeneer, Clerk of Court

4-5-12
Date